UNITED STATES v. URMSTON.

(Circuit Court, W. D. Texas. July 2, 1907.)

No. 102.

CUSTOMS DUTIES—UNPAID DUTIES—INTEREST.

The United States is entitled to recover interest from an importer who has refused to pay increased duties found due on reliquidation.

At Law. On motion to reform judgment.

Suit was brought by the plaintiff to recover of the defendant the sum of $1,529.50, with interest, as duties on the importation of certain cattle. The entry was reliquidated April 10, 1902, and the defendant duly notified thereof by the collector. The defendant refusing to pay the increased duties, suit was instituted for their recovery December 19, 1905. Upon the trial the court instructed the jury to return a verdict in favor of the government for $1,529.50, with interest thereon at the rate of 6 per cent. per annum from April 10, 1902; and judgment was accordingly rendered for $1,988.35. The defendant has filed a motion to reform the judgment on the ground that interest should not have been added to the amount of the reliquidated entry.

C. A. Boynton, U. S. Atty., and S. Engelking, Asst. U. S. Atty. Turney & Burges, for defendant.

MAXEY, District Judge. The defendant denies the right of the government to recover interest on the duties assessed against him by the collector of customs. In an opinion just rendered by the court in the case of United States v. Mexican International Railroad Company, 154 Fed. 519, it was held that interest should be computed on the reliquidated entry from the date of the demand for payment. In all essential respects this case is similar to that of the Railroad Company, and further discussion of the question is deemed unnecessary.

The judgment allowing interest will be permitted to stand. The motion to reform it is therefore overruled.